# Exhibit 1

**District 1**

## Case Summary

**Case No. 2025L007976**

| | | |
|---|---|---|
| **Carolina Guerrero Lizarraga -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | § § § § § | Location: **District 1** Judicial Officer: **Calendar, X** Filed on: **06/23/2025** Cook County Attorney Number: **56079** |

---

### Case Information

Case Type: Product Liabilty - Jury
Case Status: **06/23/2025 Pending**
Case Flags: **Case on Bankruptcy Calendar**

---

### Assignment Information

**Current Case Assignment**
Case Number 2025L007976
Court District 1
Date Assigned 06/23/2025
Judicial Officer Calendar, X

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Guerrero Lizarraga, Carolina** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

Printed on 03/26/2026 at 7:57 AM

**District 1**

## Case Summary

### Case No. 2025L007976

---

### Events and Orders of the Court

---

08/22/2025
 Summons Served - Corporation/Company/Business
   *Affidavit of service on defendant, midea*
    Party:   Plaintiff Guerrero Lizarraga, Carolina
   *Affidavit of service on defendant, midea*

08/20/2025
 *CANCELED* **First Time Case Management**   (9:30 AM)   (Judicial Officer: Walsh, Elizabeth A.)
    Resource: Location L2205 Court Room 2205
    Resource: Location D1 Richard J Daley Center
   *Order of Court*

08/08/2025
 Summons Issued And Returnable
   *Summons to Corelle Brands*
    Party:   Plaintiff Guerrero Lizarraga, Carolina
   *Summons to Corelle Brands*

08/08/2025
 Summons Issued And Returnable
   *Summons to Midea Ameirca*
    Party:   Plaintiff Guerrero Lizarraga, Carolina
   *Summons to Midea Ameirca*

07/24/2025
 Place On Bankruptcy Calendar - Allowed -     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Guerrero Lizarraga, Carolina

07/24/2025
 Strike From Case Management Call - Allowed     (Judicial Officer: Lyons, Thomas V., II)
    Party:   Plaintiff Guerrero Lizarraga, Carolina

07/17/2025
 Electronic Notice Sent
    Party:   Plaintiff Guerrero Lizarraga, Carolina
    Party 2:   Attorney Cesarone, Frank Vincent

07/17/2025
 Electronic Notice Sent
    Party:   Plaintiff Guerrero Lizarraga, Carolina
    Party 2:   Attorney Cesarone, Frank Vincent

07/07/2025
 Notice Filed
   *Plaintiff's Notice of Stay*
    Party:   Plaintiff Guerrero Lizarraga, Carolina
   *Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025
 Personal Injury (Product Liability) Complaint Filed (Jury Demand)
   *Complaint & Jury Demand (Guerrero)*
    Party:   Plaintiff Guerrero Lizarraga, Carolina
    Party 2:   Attorney Cesarone, Frank Vincent
   *Complaint & Jury Demand (Guerrero)*

06/23/2025
 Exhibits Filed
   *Civil Cover Sheet (Guerrero)*
    Party:   Plaintiff Guerrero Lizarraga, Carolina
    Party 2:   Attorney Cesarone, Frank Vincent
   *Civil Cover Sheet (Guerrero)*